UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALDEN A. THOMAS,

    Plaintiff,

v.

SUPERIOR COURT OF SOLANO COUNTY,

    Defendant.

Case No. 18-cv-00784-HSG (PR)

**JUDGMENT**

Pursuant to the order of dismissal, judgment is entered in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/25/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge